

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      CRIM. CASE NO. 24-20199
                                      HON. JUDITH E. LEVY

MICHELLE URSERY,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

    I, MICHELLE URSERY, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: <u>Misdemeanor</u> Theft of Government Funds (18 U.S.C. § 641):
Up to 1 Year of Imprisonment, a Fine up to $100,000 or twice the loss, or both.

                                                      */s/ Michelle Ursery*
                                                      MICHELLE URSERY
                                                      Defendant

Dated: 5/24/24

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*/s/ Natasha Webster*
NATASHA WEBSTER
Counsel for Defendant

Dated: 5/24/24