UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      CASE NO. 24-cr-20199

v.                                         HON. Judith E. Levy

MICHELLE URSERY,

       Defendant.
_____/

## STIPULATION TO CONTINUE PLEA CUTOFF/PRETRIAL CONFERENCE AND JURY TRIAL

By and through their respective counsel, **THE PARTIES STIPULATE** and agree that there is good cause to continue the Plea Cutoff/Pretrial conference and Jury Trial for approximately 60 days. The final pretrial/ plea cutoff will be reset for September 3, 2024, at 10:30 a.m., and the Jury trial will be reset for September 26, 2024, at 8:30 a.m.

**IT IS FURTHER STIPULATED** that the time period from July 11, 2024, to September 26, 2024, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by continuing the Plea Cutoff/Pretrial conference and Jury Trial outweigh the best interests of the public and Defendant in a speedy trial.

The parties stipulate and agree that an ends of justice continuance is appropriate because Ms. Ursery is scheduled to have surgery that will require a 6

-1-

week recovery period. After such date, counsel will need adequate time to meet and confer with Ms. Ursery.

The parties therefore request that the Court grant a continuance of the Plea Cutoff/Pretrial conference and Jury Trial, and further find that the delay caused by this continuance should be deemed excludable time under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties request that the Court find that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the period of delay, as a result of the continuance, shall be excluded in computing the time within which the trial must commence.

| | |
|---|---|
| /s/Corinne M. Lambert w/ consent<br>Special Assistant U.S. Attorney<br>211 W. Fort, Suite 2001<br>Detroit, Michigan  48226<br>Corinne.Lambert@usdoj.gov<br>313-226-9129<br>Dated: July 9, 2024 | /s/Natasha D. Webster<br>Attorney for Ms. Ursery<br>613 Abbott Street, Suite 500<br>Detroit, Michigan  48226<br>Natasha_Webster@fd.org<br>313-967-5847<br>Dated: July 9, 2024 |

**IT IS SO STIPULATED.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                          CASE NO. 24-cr-20199

v.                                                         HON. Judith E. Levy

MICHELLE URSERY,

       Defendant.
_____/

## ORDER TO CONTINUE PLEA CUTOFF/PRETRIAL CONFERENCE AND JURY TRIAL

Pursuant to the above stipulation of the parties,

**IT IS HEREBY ORDERED** that the Plea Cutoff/Pretrial conference and Jury Trial are continued approximately 60 days. The final Pretrial Conference/Plea Cut-off will be reset for September 3, 2024, at 10:30 a.m., and the Jury Trial will be reset for September 26, 2024, at 8:30 a.m.

**IT IS FURTHER ORDERED** that the time period from July 11, 2024, through and including September 26, 2024, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by continuing the Plea Cutoff/Pretrial conference and Jury Trial outweigh the best interests of the public and Defendant in a speedy trial.

The Court does find that an ends of justice continuance is appropriate for the reasons that Ms. Ursery is scheduled to have surgery July 9, 2024 and will require a 6 week recovery period. After such date, counsel will need adequate time to meet and confer with Ms. Ursery.

The Court finds that the ends of justice served by continuing the Plea Cutoff/Pretrial conference and Jury Trial outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court shall find that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the period of delay, from July 11, 2024, to and including September 26, 2024, shall be excluded in computing the time within which the trial must commence.

    SO ORDERED.

Date: July 9, 2024                                     s/Judith E. Levy
                                                              JUDITH E. LEVY
                                                              United States District Judge