UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                     Case No. 5:24–cr–20199–JEL–KGA
                                            Hon. Judith E. Levy

Michelle Ursery,

                Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Michelle Ursery

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING:  January 28, 2025 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/W. Barkholz
                                                        Case Manager

Dated:  January 14, 2025