PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.   Crim. No. 24-CR-20199-01

URSERY, Michelle

On 01/28/2025, the above named was placed on supervised release for a period of one year. However, on 04/18/2025, the supervised releasee passed away. A copy of an obituary noting the passing of the supervised releasee is attached. It is accordingly recommended that the supervised releasee be discharged from supervision and her case subsequently closed.

Respectfully submitted,

s/Lukas W. Docherty
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of May, 2025.

s/Judith E. Levy
Judith E. Levy
United States District Judge