### Coronavirus (COVID-19) Information

As our community is taking steps to deal with the coronavirus (COVID-19) and as a critical service provider, we have prepared information to help you through this process.

Click Here for More Information (/covid-19)

Who We Are (https://www.trinitychapelfuneralhome.com#)

Contact Us (https://www.trinitychapelfuneralhome.com/contact)

Directions (https://www.trinitychapelfuneralhome.com/locations)     Send Flowers (/send/flowers)

Detroit-NW    313-532-8182 (tel:13135328182)   ·   Detroit-SW    313-386-8200 (tel:13133868200)

# Trinity Chapel Funeral Homes, Inc.

"Where your loved one is NUMBER ONE!"

(/)

# Michelle Monique Ursery of Lincoln Park, Michigan | 1972 - 2025 | Obituary



# Michelle Monique Ursery

August 11, 1972 - April 18, 2025

A%0AView%20details%20at%20https%3A%2F%2Fwww.trinitychapelfuneralhome.com%2Fobituary%2Fmichelle-ursery%0AFuneral%20Homes%2C%20Inc.%0Ahttps%3A%2F%2Fwww.trinitychapelfuneralhome.com)

Send Flowers (https://www.trinitychapelfuneralhome.com/obituary/michelle-ur

## SEND FLOWERS

Order Flowers for the Family

(https://www.trinitychapelfuneralhome.com/obituary/michelle-ursery/flowers?campaign=obituaryInline-flowers-cta-leftside)

View/Sign Guestbook (http://www.legacy.com/link.asp?i=gb000208960007)   |   Send Sympathy Card (https://www.trinitychapelfuneralhome.com/obituary/michelle-ursery/cards?campaign=obituaryInline-cards-textLink-header)

## SEND A CARD

Show Your Sympathy to the Family

(https://www.trinitychapelfuneralhome.com/obituary/michelle-ursery/cards?campaign=obituaryInline-cards-cta-leftside)

## PLANT TREES

In Remembrance

(https://www.trinitychapelfuneralhome.com/obituary/michelle-ursery/gifts?campaign=obituaryInline-trees-cta-leftside)

To send a flower arrangement or to plant trees in memory of **Michelle Monique Ursery**, please click here to visit our Sympathy Store (https://www.trinitychapelfuneralhome.com/obituary/michelle-ursery/flowers?campaign=obituaryInline-flowers-textLink-obitText).

## SERVICES

**Memorial Service (/obituary/michelle-ursery#serviceinfo)**

Friday, Apr 25, 2025
12:00 PM

### Memorial Service

Friday, April 25, 2025

*12:00 PM*

*Trinity Chapel Funeral Homes, Inc. - SW Chapel*
1939 S. Fort St.
Detroit-SW, MI 48217

Get Directions on Google Maps ()

🖨 *Print Obituary (/obituaries/print?o_id=9302940)*

**Trinity Chapel Funeral Homes, Inc. - NW Chapel** (/location/detroit)

20226 West McNichols Road

Detroit-NW, MI 48219

*p:* 313-532-8182 (tel:313-532-8182)

*f:* 313 534-5120

**Trinity Chapel Funeral Homes, Inc. - SW Chapel** (/location/detroit-trinity-chapel-funeral-home-sw-chapel)

1939 S. Fort St.

Detroit-SW, MI 48217

*p:* 313-386-8200 (tel:313-386-8200)

*f:* 313 381-9959

---

✉ trinitychapelfuneralhome@gmail.com (mailto:trinitychapelfuneralhome@gmail.com)

Home (https://www.trinitychapelfuneralhome.com/)

Obituaries (https://www.trinitychapelfuneralhome.com/obits)

Plan Ahead (https://www.trinitychapelfuneralhome.com/life_choices)

Our Story (https://www.trinitychapelfuneralhome.com/history)

Our Staff (https://www.trinitychapelfuneralhome.com/staff)

Our Locations (https://www.trinitychapelfuneralhome.com/locations)

Send Flowers (/send/flowers)

Terms of Use (https://www.trinitychapelfuneralhome.com/conditions)

Privacy (https://www.trinitychapelfuneralhome.com/privacy)

© Copyright 2018 - 25 Trinity Chapel Funeral Homes, Inc.. All Rights Reserved.

Funeral Home Website by Batesville® (https://www.batesvilletechnology.com) | Funeral Planning and Grief Resources | Terms of Use (https://www.trinitychapelfuneralhome.com/conditions) | Privacy Policy (https://www.trinitychapelfuneralhome.com/privacy)

🔒 Login (/admin/?fh_id=15618)